Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

FILED'06 NOV 28 12:22 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PAUL M. MCGINLEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>Administration,<br><br>          Defendant. | Civil No. 05-6390-MO<br><br>**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $4558.44 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs or expenses.

IT IS SO ORDERED this 28th day of November, 2006

_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

1 - ORDER